■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE ROSS, Appellant. [932 NYS2d 336]—

By failing to object, or by failing to make specific objections on the same grounds raised on appeal, defendant did not preserve his challenges to the prosecutor's summation (*see People v Balls*, 69 NY2d 641 [1986]), and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. The comments at issue were based on reasonable inferences drawn from the evidence and were fair response to defense counsel's attacks on the credibility of the

People's witnesses (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Andrias, Acosta, Freedman and Richter, JJ.